JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOEY LEON, individually and on behalf of all others similarly situated, | Case No. 5:22-cv-00860 MWF (SPx) |
|---|---|
| Plaintiff, | **ORDER GRANTING DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| TTX COMPANY; and DOES 1 through 20, inclusive, | |
| Defendants. | |

    This matter came before the Court on a Stipulation for Dismissal Without Prejudice filed by Plaintiff Joey Leon and Defendant TTX Company. That stipulation is hereby GRANTED as requested, and this matter is dismissed without prejudice.

Dated: June 22, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge

Case No. 5:22-cv-00860 MWF (SPx)